Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 MAY -7 AM 11:36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: Bom

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
v.
PLAINTIFF

Star Angel TAPIA

USMS# ____________ DEFENDANT

CASE NUMBER: 2:26-mj-02611

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on May 5, 2026 at 6:45 ☐ AM ☑ PM
   or
   The defendant was arrested in the ________ District of ________ on ________ at ________ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No
4. Charges under which defendant has been booked:
   21USC841(a)(1)
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☐ No ☑ Yes Language: Spanish
7. Year of Birth: 1989
8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ____________ Phone Number: ____________
9. Name of Pretrial Services Officer notified: Fernando Basulto
10. Remarks (if any): ____________
11. Name: Jason Willock (please print)
12. Office Phone Number: 213.925.6796
13. Agency: DEA
14. Signature: JASON WILLOCK Digitally signed by JASON WILLOCK Date: 2026.05.07 11:23:03 -07'00'
15. Date: 5/7/2026