Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
05/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

Print Form

# CASE SUMMARY

Case Number 2:26-cr-00346-CV

Defendant Number 16

U.S.A. v. Star Angel Tapia

Year of Birth 1989

☐ Indictment ☑ Information

Investigative agency (FBI, DEA, etc.) DEA

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor ☐ Minor Offense ☐ Petty Offense

☐ Class B Misdemeanor ☐ Class C Misdemeanor ☑ Felony

b. Date of Offense 4/9/2026

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles ☐ Ventura

☐ Orange ☐ Santa Barbara

☐ Riverside ☐ San Luis Obispo

☐ San Bernardino ☐ Other

Citation of Offense 21 USC § 841(a)(1)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino) ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

■ No ☐ Yes

If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: 5/01/2026

Case Number: 2:26-mj-02611-DUTY

Assigned Judge: Duty Magistrate Judge

Charging: 21 USC § 841(a)(1)

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on:

**PREVIOUS COUNSEL**

Was defendant previously represented? ☐ No ■ Yes

IF YES, provide Name: Charles L. Murray

Phone Number: 213-627-5983

Designation: ☐ DFPD ☑ CJA ☐ Retained

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information

☐ Yes* ■ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ■ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?** ☐ Yes ■ No

This is the NA superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

NA

Case Number NA

The superseded case:

☐ is still pending before Judge/Magistrate Judge

NA

☐ was previously dismissed on NA

Are there 8 or more defendants in the superseding case?

☐ Yes* ■ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes* ■ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes ■ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ■ NO

IF YES, list language and/or dialect:

**OTHER**

☐ Male ☑ Female

☑ U.S. Citizen ☐ Alien

Alias Name(s)

This defendant is charged in:

☑ All counts

☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ■ No

IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud ☐ public corruption

☐ government fraud ☐ tax offenses

☐ environmental issues ☐ mail/wire fraud

☑ narcotics offenses ☐ immigration offenses

☐ violent crimes/firearms ☐ corporate fraud

☐ Other

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: 5/5/2026

b. Posted bond at complaint level on: 5/7/2026

in the amount of $ 10,000

c. PSA supervision? ■ Yes ☐ No

d. Is on bail or release from another district:

Defendant is **in custody**:

a. Place of incarceration: ☐ State ☐ Federal

b. Name of Institution:

c. If Federal, U.S. Marshals Service Registration Number:

d. ☐ Solely on this charge. Date and time of arrest:

e. On another conviction: ☐ Yes ■ No

IF YES : ☐ State ☐ Federal ☐ Writ of Issue

f. Awaiting trial on other charges: ☐ Yes ■ No

IF YES : ☐ State ☐ Federal AND

Name of Court:

Date transferred to federal custody:

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ____20 ____21 ____40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date 5/29/26

Alexander Drutis

Signature of Assistant U.S. Attorney

Alexander Drutis

Print Name